UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIVAN RAMOS CUELLAR (A-072-845-751),

Petitioner,

v.

WARDEN, CENTRAL VALLEY ANNEX, et al.,

Respondents[1].

No. 1:26-cv-8452 DC CSK

ORDER

Petitioner, an immigration detainee proceeding without counsel, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. On October 14, 2026, this action was transferred from the United States District Court for the Southern District of Florida to the United States District Court for the Eastern District of California. (ECF No. 7.) Petitioner did not pay the court's $5.00 filing fee or file a request to proceed in forma pauperis. Petitioner is granted 10 days to either pay the

[1] Petitioner named the Warden of the Krome North Service Processing Center as a respondent. (ECF No. 1 at 1.) However, petitioner was transferred from the Krome North Service Processing Center to the Central Valley Annex. For this reason, the Warden of the Krome North Service Processing Center is no longer the proper respondent. This Court sua sponte substitutes the Warden of the Central Valley Annex as the proper respondent. See Page v. Cate, 2010 WL 2944247, at *2 (N.D. Cal. July 23, 2010) (recognizing that a court may substitute the respondent sua sponte in a habeas case); Farooqi v. Ochoa, 2011 WL 1326847, at *1 n.1 (C.D. Cal. Jan. 21, 2011), report and recommendation adopted, 2011 WL 1326807 (C.D. Cal. Apr. 5, 2011) (same).

filing fee or file an application to proceed in forma pauperis under 28 U.S.C. § 1915. Petitioner is not required to file a six-month account statement with his application to proceed in forma pauperis. Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254. Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents are directed to show cause why the writ should not be granted by filing an answer or motion to dismiss within 7 days from the date of this order. See 28 U.S.C. § 2243.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to substitute the Warden of the Central Valley Annex as respondent.

2. Petitioner Livan Ramos Cuellar (A-072-845-751) is granted 10 days to either pay the court's filing fee or file an application to proceed in forma pauperis.

3. Respondents are directed to file an answer or motion to dismiss within 7 days from the date of this order. Respondents are warned that the failure to respond to the petition will be interpreted as non-opposition to granting the relief requested in the habeas petition.

4. Petitioner's reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within 10 days after being served with a copy of respondents' answer or motion to dismiss. A reply by respondents to an opposition to a motion to dismiss is due within 7 days after being served with the opposition.

5. The Clerk of the Court shall send petitioner an application to proceed in forma pauperis.

6. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." A notice of change of address must be properly served on other parties.

Service of documents at the address of record for a party is fully effective. L.R. 182(f).

Dated: October 16, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Cuel8452.100.imm/2